SAMUEL A. FOSTER, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 16, 1887; decided January 24, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made December 2, 1885, which overruled defendant's excep-
tions, denied a motion for a new trial, and directed judgment
upon verdict.

*Hamilton Harris* for appellant.

*Amasa J. Parker,* for respondent.

Agree to affirm on authority of *Weston* v. *New York Ele-
vated Railroad Company* (73 N. Y. 595).
All concur.
Judgment affirmed.

———————

DAVIS W. SHULER, Respondent, *v.* ELIZABETH MAXWELL et al.,
Appellants.

(Argued January 17, 1888; decided February 7, 1888.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made November 15,
1887, which affirmed two orders of Special Term, one denying
a motion for an order requiring plaintiff to repay to defendant,
Elizabeth Maxwell, the amount deposited by her on purchase
under foreclosure sale herein; the other, denying a motion to
set aside the sale.

*Edward J. Maxwell* for appellants.

*M. L. Stover* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.